Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE COAR** | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE COLE** |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1226  07CR 0858 | DATE | DECEMBER 20, 2007 |
| CASE TITLE | US v. JON A. DARMSTADTER | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL AUGUST 2006-2** Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _Sidney I. Schenkier_

Docket Entry:

**TO SET PRELIMINARY BAIL AT $50,000.00 SECURED.**

KC FILED
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | No notices required, advised in open court. | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required. | | | Date docketed | |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | | |
| | Docketing to mail notices. | | | Date mailed notice | |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |