## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 858-1 | **DATE** | 1/8/2008 |
| **CASE TITLE** | USA vs. Jon Darmstadter | | |

**DOCKET ENTRY TEXT:**

Arraignment and Plea held on 1/8/2008. Defendant appeared with counsel and waived reading of the indictment. Defendant entered a plea of not guilty to the indictment. Local Criminal Rule 16 materials to be tendered by the government on or before 1/18/2008. Defendant to file motions by 2/15/2008; Government to file replies to motions by 2/27/2008. Status hearing and hearing on any motion is set for 2/29/2008 at 9:30 a.m. Defendant is released pursuant the order setting conditions of release [#7] and bond [#8] of $50,000 own recognizance entered by Judge Guzman on 11/28/2007 in case #07CR754-1 . Same terms and conditions shall apply in this case. Pursuant to 18:3161(h)(8)(A)(B), (h)(1)(F) time is excluded through and including 2/29/2008. (X-T & XE)

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|