# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 858 | **DATE** | 2/7/2008 |
| **CASE TITLE** | 07 cr 858   USA vs. Jon A. Darrmstadter | | |

**DOCKET ENTRY TEXT**

Enter agreed order authorizing the early return of trial subpoenas.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | PAMF |
|---|---|---|---|