UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 07 CR 858 |
| ) | Hon. David H. Coar |
| JON A. DARMSTADTER. ) | |

**AGREED ORDER AUTHORIZING
THE EARLY RETURN OF TRIAL SUBPOENAS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, and defendant Jon A. Darmstadter, by his attorneys, having jointly requested that the Court enter an order authorizing the early return of trial subpoenas, IT IS HEREBY ORDERED that the request is GRANTED and the parties may seek the early return of trial subpoenas.

ENTERED: _____
JUDGE DAVID H. COAR

Dated: February 7, 2008