IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.      Plaintiff   )<br>)<br>)<br>JON DARMSTADTER,   )<br>)<br>Defendant.   ) | No. 07 CR 0858<br>Judge Coar |

## MOTION TO WITHDRAW BY ANDREW STAES AND STEPHEN SCALLAN AS COUNSEL FOR DEFENDANT, JON DARMSTADER

Pursuant to Rule 1.16(b) of the Illinois Rules of Professional Conduct, Andrew Staes and Stephen Scallan hereby move to withdraw as counsel for Defendant, Jon Darmstadter, and in support thereof, state as follows:

Mr. Darmstadter has informed us that he has retained other counsel and has instructed us to proceed no further on his behalf. Accordingly, we respectfully request leave to withdraw.

Respectfully submitted,

_/s/ Andrew Staes_
ANDREW STAES

STAES & SCALLAN, P.C.
111 W. Washington Street
Suite 1310
Chicago, Illinois 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Andrew Staes, hereby certify that I have caused a copy of the foregoing Motion To Withdraw By Andrew Staes And Stephen Scallan to be served upon Assistant United States Attorney Kaarina Salovaara, 219 S. Dearborn Street, Suite 500, Chicago, IL 60604, electronically on February 20, 2008.

_/s/ Andrew Staes_
ANDREW STAES