IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.            Plaintiff ) | |
| ) | No. 07 CR 0858 |
| ) | Judge Coar |
| JON DARMSTADTER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   See attached service list

Please take notice that on Friday, February 29, 2008 at 9:30 a.m., the undersigned shall appear before the Honorable David H. Coar, 219 S. Dearborn Street, Chicago, Illinois, 60602, Courtroom 1419 and present Motion To Withdraw By Andrew Staes And Stephen Scallan As Counsel For Defendant, Jon Darmstadter.

Respectfully submitted,

/s/ Andrew Staes
ANDREW STAES

Staes & Scallan, P.C.
111 W. Washington #1631
Chicago, Illinois 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Andrew Staes, hereby certify that I have caused a copy of the foregoing Notice Of Motion to be served upon Assistant United States Attorney Kaarina Salovaara, 219 S. Dearborn Street, Suite 500, Chicago, IL 60604, electronically on February 20, 2008.

/s/ Andrew Staes
ANDREW STAES