# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 858-1 | **DATE** | 2/29/2008 |
| **CASE TITLE** | USA vs. John Darmstadter | | |

**DOCKET ENTRY TEXT:**

Status hearing held on 2/29/2008. Motion hearing held regarding # 8. Motion [8] to withdraw as attorney is granted. Leave granted Andrew Staes and Stephen Scallan to withdraw as attorney for defendant. Leave granted Lawrence Wolf Levin and Michelle Ferrigan to substitute and file appearance on behalf of defendant. Defendant to file motions by 4/8/2008; Government to file replies to motions by 4/21/2008. Hearing on Motions set for 4/25/2008 at 9:30 a.m. Status hearing is set for 4/25/2008 at 9:30 a.m. Pursuant to 18:3161(h)(8)(A)(B), (h)(1)(F) time is excluded through and including 4/25/2008. (X-T & XE)

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|