UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
FEB 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA
v.
Darnstadter, John

Case 07 CR 858-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John Darnstadter

| | |
|---|---|
| SIGNATURE | s/ Lawrence W. Levin |
| FIRM | Law Offices Lawrence W. Levin |
| STREET ADDRESS | 214 W. Ohio 5th Fl. |
| CITY/STATE/ZIP | Chicago, IL. 60610 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 1634062 |
| TELEPHONE NUMBER | (312) 236 7543 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (one of) | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ |