IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | Honorable Judge David H. Coar |
| JON A. DARMSTADTER, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS AND EXTENSION OF STATUS DATE**

NOW COMES Defendant, Jon A. Darmstadter, by and through his attorneys, Lawrence Wolf Levin and Michelle M. Ferrigan, and moves this Court, for an extension of time within which to file pre-trial motions. In support thereof, the following is submitted:

1. Defendant Darmstadter has been charged with violation of 26 U.S.C. §7201 and §7206(1).

2. This Court has set April 8, 2008, as the date for the filing of Defendant's pretrial motions.

3. Defense counsel received initial discovery materials consisting of at least 5,000 pages of discovery.

4. In light of the voluminous discovery materials and the fact that counsel was out of the city on a personal matter, counsel reasonably requests an extension to the date of May 9, 2008, in which to file pre-trial motions, approximately 30 days from the date previously set.

5. In addition, counsel reasonably requests an extension of 30 days for status from the previously set status date of April 25, 2008.

5. In addition, the government is not opposed to extending the above-mentioned dates for filing pre-trial motions and status.

6.      That this is counsels' first request for an extension of time.

WHEREFORE Defendant Darmstadter respectfully requests an extension to May 9, 2008 for which to file pretrial motions and an extension of 30 days past the previously set status date.

                                    Respectfully submitted,

                                    S/Lawrence Wolf Levin
                                    LAWRENCE WOLF LEVIN

                                    S/ Michelle M. Ferrigan
                                    MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543