IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | Honorable Judge David H. Coar |
| JON A. DARMSTADTER, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    Kaarina Salovaara
       United States Attorneys Office
       219 South Dearborn
       Suite 500
       Chicago, IL 60604

PLEASE TAKE NOTICE that on **April 8, 2008**, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant Darmstadter's **AGREED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS AND EXTENSION OF STATUS DATE**, service of which is being made upon you.

Take further notice that I shall appear before the **Honorable David H. Coar**, or any judge sitting in her stead in **Courtroom 1419**, 219 South Dearborn Street, Chicago, Illinois, on **April 14, 2008**, at **9:00 a.m.** or as soon thereafter, and then and there present the above-mentioned motion.

Respectfully submitted,

S/Lawrence Wolf Levin
LAWRENCE WOLF LEVIN

S/Michelle M. Ferrigan
MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543

**CERTIFICATE OF SERVICE**

MICHELLE M. FERRIGAN, being first duly sworn on oath, deposes and states that she served the above-mentioned motion and this notice by electronic means to the above-mentioned party on <u>April 8, 2008</u>.

S/Michelle M. Ferrigan

MICHELLE M. FERRIGAN

MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543