## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 858 - 1 | **DATE** | 4/11/2008 |
| **CASE TITLE** | U.S.A. vs. John Darnstadter | | |

**DOCKET ENTRY TEXT**

Agreed Motion [13] for extension of time to file pre-trial motions and extension of status date is granted (parties need not appear on the noticed motion date of 4/14/2008). Defendant's Pretrial motions to be filed by May 9, 2008; Governmentto file replies to motions by May 23, 2008. The status/motion hearing date of April 25, 2008 is stricken. Hearing on Motions reset for June 4, 2008 at 9:30 a.m. Status hearing reset for June 4, 2008 at 9:30 a.m. Pursuant to 18:3161)h)(A)(B) and (h)(1)(F) time is excluded through and including 6/4/08 (XT).

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:07-cr-00858     Document 15     Filed 04/11/2008     Page 1 of 1

07CR858 - 1 U.S.A. vs. John Darnstadter                                                                           Page 1 of  1