IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | |
| JON A. DARMSTADTER | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO ENLARGE CONDITIONS OF BOND**

NOW COMES the Defendant, Jon A. Darmstadter, by and through his attorneys, Lawrence Wolf Levin and Michelle M. Ferrigan, and respectfully submits the following request to enlarge the conditions of his bond, and states as follows:

1. That the Defendant is currently charged with violating Title 26 U.S.C. Section 7201 and Section 7206(1).

2. The Defendant previously surrendered his passport and is on pretrial release. Since that time, he has met the conditions set by the Court for his release.

3. The Defendant is requesting a temporary modification of those conditions to permit him to travel to Baltimore, Maryland and Washington D.C. on May 15, 2008 for personal business. The Defendant will be returning to Chicago, Illinois on May 15, 2008.

4. That if this Honorable Court allows the expansion of bond, the Defendant understands his obligation and agrees to coalesce to each and every one of the conditions and follow each and every one of the regulations set by this Court and/or Pretrial Services, in appearing on each and every occasion when called to do so, and adhering to all of the rules and regulations, if the Court agrees to enlarge the jurisdictional area.

WHEREFORE, for the above and foregoing reasons, Jon A. Darmstadter, defendant herein,

moves this Honorable Court to enlarge the bond so as to allow travel outside the state of Illinois.

                                                                          Respectfully submitted,

                                                                          S/Lawrence Wolf Levin

                                                                          LAWRENCE WOLF LEVIN

                                                                          S/Michelle M. Ferrigan

                                                                          MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, Illinois 60610
(312) 236-7543