**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                                  Plaintiff,

v.                                                      Case No.: 1:07−cr−00858
                                                            Honorable David H. Coar

Jon A Darmstadter

                                                 Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 6, 2008:

       MINUTE entry before Judge Honorable David H. Coar − (1) as to Jon A Darmstadter: Motion hearing held on 5/6/2008 regarding motion for miscellaneous relief [16]. Defendant's Motion [16] to enlarge conditions of bond is withdrawn. Mailed notice (pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.