IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | |
| JON A. DARMSTADTER | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR A BILL OF PARTICULARS

NOW COMES the Defendant, Jon A. Darmstadter, by and through his attorneys, Lawrence Wolf Levin and Michelle M. Ferrigan, and moves this Honorable Court for an Order pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure directing the United States to file a Bill of Particulars providing the information sought in the following specific requests:

1. The dates, times, and places involved and the names and current residence addresses of all those involved in the allegations set forth in each of the counts of the indictment.

2. The name and address of every person whom relied upon by the prosecution for information as to the offense alleged in each count of the indictment.

3. The name and address of every person whom the prosecution expects to call as a witness to prove the offenses charged in the indictment.

4. With respect to any potential prosecution witness, co-defendant or co-conspirator, state all charges or convictions against the same, specifically indicting (i) the court, (ii) case number, (iii) the offense charged, and (iv) the disposition.

WHEREFORE, Defendant respectfully requests the court, if and to the extent it exercises its discretion in denying any of the foregoing requests for a Bill of Particulars, to indicate in terms that appear on the record the basis, reason or reasons for exercising discretion in denying the requests in accordance with the requirement of United States v. Wells, 387 F.2d 807 (7th Cir. 1967), cert. denied, 390 U.S. 1017 (1968).

| | |
|---|---|
| LAWRENCE WOLF LEVIN | Respectfully submitted, |
| MICHELLE M. FERRIGAN | S/ Lawrence Wolf Levin |
| Law Offices of Lawrence Wolf Levin | LAWRENCE WOLF LEVIN |
| 214 W. Ohio St., 5th Floor | |
| Chicago, IL 60610 | S/Michelle M. Ferrigan |
| | MICHELLE M. FERRIGAN |