IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | |
| JON A. DARMSTADTER | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR DISCLOSURE OF IDENTITIES OF INFORMANTS**

    Defendant, Jon A. Darmstadter, by and through his attorneys, Lawrence Wolf Levin and Michelle M. Ferrigan, and moves this Honorable Court for an order requiring the prosecution to disclose the following:

    1.    The identities and addresses of any confidential informant who were present at or during the continuance of the alleged crimes set forth in the indictment, and who has furnished to any law enforcement officer or agent any information relating to crimes charged in indictment.

    2.    The contents of any communication, whether written or oral made by any informant who may have participated with law enforcement officers in the investigation of any of the crimes alleged in the indictment. If the communication was made orally, provide the date and time of the communication, and a list of the persons present when the communication was made, along with a written summary of the communication.

    In the event prosecution declines to voluntarily disclose the identity of any such informant, or the substance of any communication, the Defendant requests that this Court conduct a hearing to determine whether the identity of any such individual or the information that they have supplied is privileged. Without such a hearing, the Defendant's rights protected by Roviaro vs. United States, 353 U.S. 35 (1957) are meaningless.

    If the Court believes that granting this motion at the present time is inappropriate, the Defendant requests permission to renew the motion at a later time.

    Respectfully submitted,
    S/ Lawrence Wolf Levin
    LAWRENCE WOLF LEVIN

                                              S/Michelle M. Ferrigan
                                              MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543