IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | |
| JON A. DARMSTADTER | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR IMMEDIATE PRE-TRIAL PRODUCTION OF JENCK'S ACT MATERIAL

NOW COMES the Defendant, Jon A. Darmstadter, by and through his attorneys, Lawrence Wolf Levin and Michelle M. Ferrigan, and respectfully requests this Honorable Court enter an order directing the government to produce all Jenck's Act materials regarding non-testifying witnesses.

Wherefore, the defendant respectfully requests this Honorable Court enter an order directing the government to produce all written statements or a complete and accurate summary of any oral statement of any individual the government has interviewed but will not be called as a witness four weeks before trial. The defendant requests that the government remain under a continuing duty to tender such materials upon receipt.

Respectfully submitted,
S/ Lawrence Wolf Levin
LAWRENCE WOLF LEVIN

S/Michelle M. Ferrigan
MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543