**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                               Case No.: 1:07−cr−00858
                                                 Honorable David H. Coar

Jon A Darmstadter

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable David H. Coar − as to Jon A Darmstadter (1): The Status hearing and the motion hearing date of 6/4/2008 is stricken. Status hearing reset for 6/3/2008 at 09:45 AM. Motion Hearing reset for 6/3/2008 at 09:45 AM. as to the following motions: Motion for hearing [24] ; Motion to produce [25] ; Motion for order [26] ; Motion for disclosure [19] ; Motion for bill of particulars [20] ; Motion for disclosure [21] ; Motion for discovery [22]; Motion for discovery [23]. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.