UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | Hon. David H. Coar |
| JON A. DARMSTADTER. | ) | |

**APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. 6103(h)(4)(D), makes application to the Court for an order, authorizing the government to disclose tax returns and return information of:

JON A. DARMSTADTER

which tax returns (and return information) are described as:

(1) certified copies of all individual and joint income tax returns (Forms 1040) and all schedules attached thereto for tax years 1999 through 2005; and

(2) for the tax years 1999 through 2005, copies of any audits, work papers, revenue agents' transmittal reports, special agents' reports, witness affidavits, statements, memoranda of interviews, etc., currently held by IRS and any related material which may be developed subsequent to this request, involving the above-named taxpayer.

In support of his application, applicant avers the following:

(1) The named taxpayer has been indicted for violations of violations of Title 26, United States Code, Sections 7201 and 7206(1), namely, attempting to evade and defeat the assessment and collection of substantial income tax due and owing to the United States for the 2000 calendar year and willfully making and subscribing a false individual United States tax return for the 2000 calendar

year.

(2) The trial at which disclosure is sought pertains to the enforcement of said federal criminal statute involving tax administration

(3) The government intends to introduce at trial the above-described tax returns and return information.

(4) The defendant is entitled to examine and copy all exhibits the government intends to introduce at trial, pursuant to Rule 16, Fed. R. Crim P.

(5) The defendant is entitled to all statements of government witnesses in the possession of the government which statements relate to the matter of the witness' testimony, pursuant to 18 U.S.C. § 3500.

WHEREFORE, applicant prays the Court enter an order on this application authorizing disclosure by the Government of the tax returns and return information specified herein.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:   /s/Kaarina Salovaara
    KAARINA SALOVAARA
    Assistant United States Attorney
    219 S. Dearborn Street Ste. 500
    Chicago, Illinois 60604
    (312) 353-8880

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

**APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION**

was, on June 2, 2008, served pursuant to the district court's ECF system as to ECF filers, if any, and a copy thereof was sent by First Class Mail to the individual identified below:

Lawrence Wolf Levin
Michelle M. Ferrigan
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543

By:     s/ Kaarina Salovaara
KAARINA SALOVAARA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8880