UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | Hon. David H. Coar |
| JON A. DARMSTADTER. | ) | |

**NOTICE OF MOTION**

TO: Lawrence Wolf Levin
Michelle M. Ferrigan
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543
[By First Class Mail]

    PLEASE TAKE NOTICE that on Tuesday, June 3, 2008, at 9:45 a.m., I will appear before the Honorable David H. Coar in Courtroom 1419 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached **APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION**, a copy of which is attached and hereby served upon you.

                                        s/ Kaarina Salovaara
                                        KAARINA SALOVAARA
                                        Assistant United States Attorney
                                        219 South Dearborn Street, 5th Floor
                                        Chicago, Illinois  60604
                                        (312) 353-8880

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

## NOTICE OF MOTION

was, on June 2, 2008, served pursuant to the district court's ECF system as to ECF filers, if any, and a copy thereof was sent by First Class Mail to the individual identified below:

Lawrence Wolf Levin
Michelle M. Ferrigan
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543

By: s/ Kaarina Salovaara
KAARINA SALOVAARA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8880