## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 858 | **DATE** | 6/3/2008 |
| **CASE TITLE** | U.S.A. vs. JON A. DARNSTADTER | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/3/2008 regarding # 30. Defendant's Motion [30] to enlarge conditions of bond is granted. The Defendant is permitted to travel to New York, New York on June 10, 2008 through June 12, 2008 to attend the Licensing International Expo, an international merchandise trade show at the Jacob Javits Center. Defendant's Motion to Enlarge Conditions of Bond is Granted. The defendant is permitted to travel to Kansas City, Missouri on June 17, 2008 for purpose to attend a meeting with the National Marketing Resources. The defendant shall notify and provide Pretrial Services any requested information and to call the Pretrial Officer upon his return from each trip.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|