Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 858 | **DATE** | 6/3/2008 |
| **CASE TITLE** | U.S.A. vs. JON A. DARNSTADTER | | |

**DOCKET ENTRY TEXT**

Status hearing held and Motion hearing held on 6/3/2008. United States of America's Application [32] for Order to Disclose Tax Return Information as to Jon A Darnstadter is Granted. ENTER ORDER FOR DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION. The parties shall file a Statement of issue that have not been resolved by 7/7/2007; response due by 7/21/2007. Status hearing and Motion hearing regarding Motion #s 19, 20, 21, 22, 23, 24, 25 and 26 continued to July 25, 2008 at 11:00 a.m. Pursuant to 18:3161(h)(8)(A)(B) and (h)(1)(E), time is excluded through and including 7/25/2008 (X-T & X-E).

Court time #13 mins.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

2008 JUN -6 PM 3:38

FILED-EDI