UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 07 CR 858 |
| ) | Hon. David H. Coar |
| JON A. DARMSTADTER.  ) | |

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION**

On this 3rd day of June, 2008, upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. 6103(h)(4)(D), to disclose tax returns and return information of:

JON A. DARMSTADTER,

which tax returns and return information are described as:

(1) certified copies of all individual and joint income tax returns (Forms 1040) and all schedules attached thereto for tax years 1999 through 2005; and

(2) for the tax years 1999 through 2005, copies of any audits, work papers, revenue agents' transmittal reports, special agents' reports, witness affidavits, statements, memoranda of interviews, etc., currently held by IRS and any related material which may be developed subsequent to this request, involving the above-named taxpayer, at the trial, in which Jon A. Darmstadter is a named defendant.

After examining the application, this Court finds:

(1) This case is a case involving tax administration.

(2) There is reasonable cause to believe, based upon information believed to be reliable, that such tax returns and return information are: The government intends to introduce at trial the

above-described tax returns and return information, and defendant is entitled to all statements of government witnesses in the possession of the government which statements relate to the matter of the witness' testimony, and therefore the tax return and return information is discoverable under the provisions of Rule 16, Federal Rules of Criminal Procedure, and Title 18, United States Code, Section 3500.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

JON A. DARMSTADTER,

which tax returns and return information are described as:

(1) certified copies of all individual and joint income tax returns (Forms 1040) and all schedules attached thereto for tax years 1999 through 2005; and

(2) for the tax years 1999 through 2005, copies of any audits, work papers, revenue agents' transmittal reports, special agents' reports, witness affidavits, statements, memoranda of interviews, etc., currently held by IRS and any related material which may be developed subsequent to this request, involving Jon A. Darmstadter at the trial of such case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. 6103(h)(4).

_____
Hon. DAVID H. COAR
United States District Judge

Date: June 3, 2008