IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | Hon. David H. Coar |
| JON A. DARMSTADTER | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF UNRESOLVED ISSUES

NOW COMES the Defendant, Jon A. Darmstadter, by and through his attorneys, Lawrence Wolf Levin and Michelle M. Ferrigan, and hereby submits this statement of unresolved issues in this above-captioned matter:

### Order for Disclosure of Tax Returns and Return Information

1. On June 3, 2008, Government made an application for an order, pursuant to 26 U.S.C. 6103(h)(4)(D), to disclose tax returns, certified copies of all individual and joint income tax returns (Forms 1040) and all schedules attached thereto for tax years 1999 through 2005, and copies of audits, work papers, revenue agents' transmittal reports, special agents' reports, witness affidavits, statements, memoranda of interviews, etc., currently held by IRS and any related material which may be developed subsequent to trial for the tax years of 1999 through 2005. Said order was granted.

2. The Government has not produced any of the specified documents or information specified in the June 3, 2008 Order to Defendant's counsel.

### Motion for Disclosure of Favorable Evidence and Motion for Discovery

1. The Government proposes to provide all Brady and impeachment/Giglio evidence available to the Government no later than two weeks prior to trial in this case.

2. Defendant respectfully requests that the Government be required to provide all Brady and impeachment/Giglio evidence to defense counsel no later than four weeks prior to trial, given the intricate and detailed nature of the case and materials and to allow Defendant to adequately prepare for trial.

### Motion for a <u>Santiago</u> Hearing

1. The Government has agreed to file any <u>Santiago</u> proffer no later than two weeks before trial.

2. Defendant respectfully requests that the Government be required to file any <u>Santiago</u> proffer no later than four weeks before trial, for the reasons previously set forth above.

### Motion for Pre-Trial Production of Jenck's Act Material

1. The Government has agreed to provide any material pursuant to 18 U.S.C. 3500 no later than three weeks prior to trial.

2. Defendant respectfully requests that the government be required to provide any material pursuant to 18 U.S.C. 3500 no later than four weeks prior to trial, for the reasons previously set forth above.

### Motion for 404(b) Evidence

1. The Government has previously agreed to give notice of certain 404(b) evidence no later than two weeks before trial.

2. Defendant respectfully requests that the government be required to give notice of certain 404(b) evidence no later than four weeks prior to trial, for the reasons previously set forth above.

Respectfully submitted,

S/ Lawrence Wolf Levin
LAWRENCE WOLF LEVIN

S/Michelle M. Ferrigan
MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543