IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CR 858 |
| | ) | Honorable Judge David H. Coar |
| JON A. DARMSTADTER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Kaarina Salovaara
     United States Attorney's Office
     219 South Dearborn
     Suite 500
     Chicago, IL 60604

   PLEASE TAKE NOTICE that on **July 7, 2008**, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant Darmstadter's **Statement of Unresolved Issues**, service of which is being made upon you.

                                             Respectfully submitted,

                                             S/Lawrence Wolf Levin
                                             LAWRENCE WOLF LEVIN

                                             S/Michelle M. Ferrigan
                                             MICHELLE M. FERRIGAN


LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543

**CERTIFICATE OF SERVICE**

MICHELLE M. FERRIGAN, being first duly sworn on oath, deposes and states that she served the above-mentioned motions and this notice by electronic means to the above-mentioned party on <u>July 7, 2008</u>.

                                            S/Michelle M. Ferrigan

                                            MICHELLE M. FERRIGAN

MICHELLE M. FERRIGAN  
Law Offices of Lawrence Wolf Levin  
214 W. Ohio St., 5th Floor  
Chicago, IL 60610  
(312) 236-7543