UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                         Case No.: 1:07−cr−00858
                                                  Honorable David H. Coar

Jon A Darmstadter

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable David H. Coar − as to Jon A Darmstadter#1: The date of 7/25/2008 is stricken − no one should appear.Motion for hearing [24]; Motion to produce [25] ; Motion for order [26]); Motion for disclosure [19] ; Motion for bill of particulars [20]; Motion for disclosure [21] ; Motion for discovery [22] ; Motion for discovery [23] ; − Motion Hearing reset for 7/31/2008 at 10:00 AM. Pursuant to 18:3161(0H(8)(A)(B) and (h(1)(F), time is excluded through 7/31/2008. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.