UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                 Case No.: 1:07−cr−00858
                                                        Honorable David H. Coar

Jon A Darmstadter
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 31, 2008:


      MINUTE entry before the Honorable David H. Coar − as to Jon A Darmstadter:Motion hearing held on 7/31/2008 regarding motion for bill of particulars[20], motion for order[26], motion for hearing[24], motion for disclosure[21], motion for discovery[23], motion to produce[25], motion for disclosure[19], motion for discovery[22].The parties have agreed that all pretrial disclosures, Brady, Gigilio, Jenks, Santiago proffer will be turned over no later than three weeks prior to trial. The following motions are resolved and terminated: Motion for hearing [24] ; Motion to produce [25] ; Motion for order [26] ; Motion for disclosure [19]; Motion for disclosure [21] ; Motion for discovery [22] ; Motion for discovery [23]. Status hearing set for 8/28/2008 at 10:00 AM. Motion for bill of particulars [20] is entered and continued to 8/28/20908 at 10:00 a.m. for status. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 8/28/2008. Mailed notice (pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.