UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                    Case No.: 1:07−cr−00858
                                                      Honorable David H. Coar

Jon A Darmstadter
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

    MINUTE entry before the Honorable David H. Coar − as to Jon A Darmstadter (1):At the request of the parties, the status date of 8/28/2008 is stricken. Motion for bill of particulars [20] is continued 9/5/2008 at 09:30 AM. Status hearing set for 9/5/2008 at 09:30 AM. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through 9/5/2008.Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.