**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                           Case No.: 1:07−cr−00858
                                             Honorable David H. Coar

Jon A Darmstadter
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable David H. Coar − as to Jon A Darmstadter (1): Pursuant to the request of the parties, the date of 9/8/2008 is stricken. Status hearing reset for 9/17/2008 at 09:30 AM.Motion for bill of particulars [20] is terminated as this motion was resolved previously. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 9/17/2008. Mailed & Telephone notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.